PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Denis R. McDonough,
Secretary of the United States Department of Veterans Affairs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELL LAVY,<br><br>             Plaintiff,<br><br>     v.<br><br>DENIS R. McDONOUGH, Secretary of the United States Department of Veterans Affairs,<br><br>             Defendant. | CASE NO.  2:21-CV-1590 KJM AC [PS]<br><br>**MOTION FOR ADMINISTRATIVE RELIEF**<br><br>[~~PROPOSED~~] ORDER RE DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Defendant applies *ex parte* for an extension of time to respond to Plaintiff's complaint.

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby extends the deadline for Defendant to file an answer to Plaintiff's complaint to **September 19, 2022.**

DATED: August 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE