UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELL LAVY, | No. 2:21-cv-01590 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| DENIS R. MCDONOUGH, | |
| Defendant. | |

An initial scheduling conference is set in this case for October 19, 2022 at 10:00 A.M. via Zoom.  ECF No. 19.  As explained in the civil case documents that issued when the case was opened (ECF No. 3), the parties were each required to submit a status report or a joint status report at least 14 days in advance of the scheduling conference.  ECF No. 3 at 2.  Defendant timely filed a status report (ECF No. 23); plaintiff did not.

Good cause appearing, IT IS HEREBY ORDERED that the initial scheduling conference currently set for October 19, 2022 is VACATED and RESET to November 9, 2022 at 10 A.M., to be held via Zoom.  Plaintiff's status report must be filed no later than October 26, 2022.  Failure to file the required report may result in sanctions, including dismissal of this case for failure to prosecute.

IT IS SO ORDERED.

DATED: October 7, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE